Argued September 22, affirmed October 2, 1970

FREESE, *Respondent, v.* FREESE, *Appellant.*

474 P2d 536

*Donald C. Walker*, Portland, argued the cause and filed the brief for appellant.

*Robert E. Thompson*, Beaverton, argued the cause for respondent. With him on the brief were Thompson & Adams, Beaverton.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

This is an appeal from that portion of a divorce decree of the Washington County Circuit Court providing for a division of the property of the parties. Upon our *de novo* review of the record, we conclude that the trial court made a reasonable division of the property and a reasonable, though ample, award of attorney fees. We concur in the trial court's determination.

No costs or attorney fees will be allowed in this court.

Affirmed.